# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-3143
LT Case No. 2020-CF-0788

———————————————

WILLIAM SANTIAGO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Putnam County.
Elizabeth Ann Morris, Judge.

Joshua S. Alexander, of Alexander Law Firm, LLC, St.
Augustine, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Bonnie J.
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

July 23, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____